## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 522 EAL 2014
:
                  Respondent       : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
          v.                :
:
:
KAHHIM ODOM,            :
:
                  Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.